NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1194

HOME PRODUCTS INTERNATIONAL, INC.,

Plaintiff-Appellant,

v.

UNITED STATES,

Defendant-Appellee,

and

SINCE HARDWARE (GUANGZHOU) CO., LTD.,

Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 07-CV-0123, Judge Leo M. Gordon.

ON MOTION

ORDER

Home Products International, Inc. (Home Products) moves without opposition to stay proceedings in this appeal pending the court's disposition in case no. 2010-1184.

Home Products asserts that this case and 2010-1184 involve the same parties and involve the same legal issues.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)    The motion to stay is granted.  Home Products is directed to inform the court within 30 days of the disposition of 2010-1184 how it believes this appeal should proceed.  The appellees may also respond within that time.

(2)    A copy of this order shall be transmitted to the merits panel assigned to decide 2010-1184, to inform the panel of this related appeal.

FOR THE COURT

MAR 1 0 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Frederick L. Ikenson, Esq.
       Ronald M. Wisla, Esq.
       David S. Silverbrand, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 0 2010

JAN HORBALY
CLERK

2010-1194                                  2